IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAMONT WALKER,

    Plaintiff,

v.

CHAD KELLER, JANEL NICKEL,
DONALD MORGAN, SARAH MASON,
TIMOTHY HAINES, BRIAN KOOL,
CHRISTINE BROADBENT, CHRISTINE
BEERKIRCHER and MELONEE HARPER,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-342-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff leave to proceed against Sarah Mason, Timothy Haines, Brian Kool, Christine Broadbent, Christine Beerkircher and Melonee Harper, and

((2) granting Chad Keller, Donald Morgan and Janel Nickel's motions for summary judgment and dismissing this case without prejudice for plaintiff's failure to properly exhaust his administrative remedies.

| . | /s/ | 1/8/2015 |
|---|---|---|
|  | Peter Oppeneer, Clerk of Court | Date |